**No. 56517.**—Aimcee Wholesale Corp. et al. *v.* United States, protests 178529–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.